**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

E. PATRICK ELLISEN, EMAIL: PELLISEN@FOLEY.COM, BAR NO. 142033
DAVID B. MOYER, EMAIL: DMOYER@FOLEY.COM, BAR NO. 197739
KIMBERLY K. DODD, EMAIL: KDODD@FOLEY.COM, BAR NO. 235109
ATTORNEYS FOR PLAINTIFF, PRIMAX ELECTRONICS LTD.

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE: 858-847-6700
FACSIMILE: 858-792-6773

DEBRA D. NYE, EMAIL: DNYE@FOLEY.COM, BAR NO. 226076
ATTORNEYS FOR PLAINTIFF, PRIMAX ELECTRONICS LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIMAX ELECTRONICS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>F&G RESEARCH, INC.,<br><br>Defendant. | Case No. 05-CV-01681 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S CONFIDENTIAL APPENDIX IN OPPOSITION TO DEFENDANT, F&G RESEARCH INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (NO JUSTICIABLE CONTROVERSY)<br><br>Date: July 15, 2005<br>Time: 9:00 am<br>Place: 450 Golden Gate Ave.<br>Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Primax Electronics Ltd. has moved the Court to issue an administrative Order that authorizes the sealing of the confidential documents and portions of documents contained in Plaintiff's Confidential Appendix, submitted in support of Plaintiffs' Opposition to Defendant, F&G Research, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (No Justiciable Controversy). After considering the papers

025.16267.1

[~~PROPOSED~~] SEALING ORDER
CASE NO. 05-CV-01681 JSW

and arguments submitted in support of Plaintiff's motion, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Plaintiff's administrative motion is **GRANTED** and the following documents and portions of documents contained in Plaintiff's Confidential Appendix shall be filed under seal:

1. Draft Settlement Agreement between F&G Research, Inc. ("F&G") and Dell ("Dell");

2. Final, Executed Settlement Agreement between F&G and Dell, executed May 17, 2005; and

3. The non-redacted version of Plaintiff's Opposition to Defendant, F&G Research Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (No Justiciable Controversy).

Dated: July 1, 2005

/s/ Jeffrey S. White

Honorable Jeffrey S. White