IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMAX ELECTRONICS LTD,

    Plaintiff,

v.

F&G RESEARCH, INC.,

    Defendant.

No. C 05-01681 JSW

**ORDER DENYING AS MOOT MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS**

        This matter comes before the Court upon consideration of Defendant F&G Research, Inc.'s ("F&G Research") Motion to Dismiss for Insufficiency of Service of Process. The Court considers this matter suitable for disposition without oral argument and, therefore, the hearing date of July 15, 2005, on this motion is vacated.

        In its opposition, Plaintiff Primax Electronics Ltd. ("Primax") states that it personally served F&G Research's registered agent, Allen D. Brufsky, on June 16, 2005, and submits a proof of service in support of this fact. (*See* Primax Opp., Appendix C.)[1]

        Because Plaintiff has met its burden to demonstrate that service was properly effected via service on Defendant's registered agent, the issue of service is now moot. Fed. R. Civ. P. 4(h)(1).

        Accordingly, F&G Research's motion to dismiss for insufficiency of service of process pursuant to Rule 12(b)(4) is HEREBY DENIED AS MOOT.

---

[1] Primax has not complied with Local Rule 7-5(a) in submitting evidence in support of the factual contentions set forth in its opposition brief. However, because the proof of service is a matter of which the Court could take judicial notice as a court record, and because F&G Research has neither objected to Primax's appendices nor submitted a reply brief rebutting the factual assertions set forth in the opposition, the Court shall consider this evidence.

**IT IS SO ORDERED.**

Dated: July 5, 2005

   /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE