IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMAX ELECTRONICS LTD,

    Plaintiff,

v.

F&G RESEARCH, INC.,

    Defendant.

No. C 05-01681 JSW

**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JULY 15, 2005:

    The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. Allen Brufsky, Esq., Counsel for Defendant, is ORDERED to appear at the hearing either in person or by telephone. If Mr. Brufsky intends to appear by telephone, he should so notify the Court by July 11, 2005, in writing and with a telephone number at which he may be reached on the date of the hearing.

    If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *See* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority. The parties shall not file written responses to the questions posed in this notice.

    The parties each shall have fifteen (15) minutes to address the following questions:

**A.     Motion to Dismiss for Lack of Subject Matter Jurisdiction**

The Court **tentatively DENIES** the motion.

1. What is defendant's response to plaintiff's assertion that prior lawsuits against plaintiff's customers, the cease and desist letter, and the timing of plaintiff's receipt of draft settlement agreement between defendant and Dell created a reasonable apprehension of an infringement suit, such that a justiciable controversy existed at the time the complaint was filed?

**B.     Motion to Transfer Venue**

The Court **tentatively DENIES** the motion.

1. What is the status of plaintiff's pending motion to transfer in the Florida litigation?
2. How does plaintiff reconcile the argument in this motion that licenses that defendant has obtained from other companies are irrelevant, with its argument in that it requires jurisdictional discovery because Defendant's business is licensing the patents in suit?

**C.     Motion to Dismiss for Lack of Personal Jurisdiction**

The Court **tentatively GRANTS** Plaintiff's request for jurisdictional discovery and reserves ruling on the motion.

1. The Federal Circuit has held that "sending infringement letters, without more activity in a forum state, is not sufficient activity to satisfy the requirements of due process. Other activities are required in order for a patentee to be subject to personal jurisdiction in the forum." *Genetic Implant Systems, Inc. v. Core-Vent Corporation*, 123 F.3d 1455, 1458 (Fed. Cir. 1997). *See also Deprenyl Animal Health, Inc. V. University of Toronto Innovations Foundation*, 297 F.3d 1343 (Fed. Cir. 2002). What "other activities" do plaintiff contend that defendant engages in within the forum that would subject defendant to the jurisdiction of this Court?
2. Defendant has not filed a reply brief in connection with its motion to dismiss for lack of personal jurisdiction. What is defendant's response to plaintiff's request for jurisdictional discovery?
3. Is plaintiff suggesting that defendant has consented to the jurisdiction of this Court by filing other lawsuits in this district? If so, on what authority does it rely to support this argument?

As to all motions, are there any other issues the parties wish to address?

2

United States District Court
For the Northern District of California

1
2  Dated: July 7, 2005                                    /s/ Jeffrey S. White
3                                                         JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28