IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMAX ELECTRONICS LTD,

    Plaintiff,

v.

F&G RESEARCH, INC.,

    Defendant.

    No. C 05-01681 JSW

**ORDER RE BRIEFING SCHEDULE**

Following the hearing on F&G Research, Inc.'s motions to dismiss for lack of subject matter jurisdiction, to dismiss for lack of personal jurisdiction, and to transfer, the Court has considered Plaintiff Primax Electronics Ltd.'s argument that the facts of record are sufficient to establish personal jurisdiction in light of the rationale set forth in *Akro Corp. v. Luker*, 45 F.3d 1541 (Fed. Cir. 1995). The Court finds that limited and expedited jurisdictional further briefing on the issue of personal jurisdiction is warranted. Accordingly, the parties are directed to comply with the deadlines set forth on the record at the hearing.

The Court shall notify the parties as to whether a further hearing is required and shall reserve ruling on the motions to transfer and to dismiss for lack of subject matter jurisdiction pending submission of the supplemental briefs on personal jurisdiction.

**IT IS SO ORDERED.**

Dated: July 15, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE