```
FOLEY & LARDNER LLP
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710
E. PATRICK ELLISEN, BAR NO. 142033
DAVID B. MOYER, BAR NO. 197739
KIMBERLY K. DODD, BAR NO. 235109
DEBRA D. NYE, BAR NO. 226076
ATTORNEYS FOR PLAINTIFF, PRIMAX ELECTRONICS, LTD.

CHRISTOPHER & WEISBERG, P.A.
200 EAST LAS OLAS BLVD, SUITE 2040
FORT LAUDERDALE, FL 33301
TELEPHONE: 954.828.1488
FACSIMILE: 954.828.9122
ALLEN D. BRUFSKY (Pro hac vice)
Attorneys for Defendant, F&G Research, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Primax Electronics, Ltd. | Case No. C 05-01681 JSW |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| F & G Research, Inc., | |
| Defendant. | |

Pursuant to Civil Local Rules 7-11 and 16(e), Plaintiff, Primax Electronics, Ltd. (hereinafter "Primax") and Defendant, F & G Research, Inc. (hereinafter "F&G"), by and through their attorneys of record, due to a scheduling conflict, hereby agree and stipulate to a continuance of the Case Management Conference that is presently scheduled in the above referenced case for September 23, 2005 at 1:30 p.m. Primax and F&G agree and stipulate to continue the Case Management Conference to October 7, 2005 at 1:30 p.m., or such other date and time as may be set by this Court.

STIPULATION FOR CONTINUANCE OF CMC
[PROPOSED] ORDER
CASE NO. C 05-01681 JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 30, 2005 | FOLEY & LARDNER LLP<br>E. Patrick Ellisen |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>E. Patrick Ellisen |
| 6 | | Attorneys for Plaintiff, Primax |
| 7 | | Electronics, Ltd. |
| 8 | | |
| 9 | Dated: August 30, 2005 | CHRISTOPHER & WEISBERG P.A.<br>Allen D. Brufsky |
| 10 | | |
| 11 | | |
| 12 | | /s/ Allen D. Brufsky<br>Allen D. Brufsky |
| 13 | | Attorneys for Defendant, F & G<br>Research, Inc. |
| 14 | | |

PURSUANT TO STIPULATION, IT IS ~~SO~~ ORDERED, that the case management conference is continued to October 14, 2005 at 1:30 p.m.

DATE: August 30, 2005

*Jeffrey S. White*
H~~O~~NO~~RA~~BLE JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

By Judge Phyllis J. Hamilton

2
STIPULATION FOR CONTINUANCE OF THE CMC
~~[PROPOSED]~~ ORDER
CASE NO. C 05-01681 JSW